```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LI JUN AN,

                Plaintiff,

        -against-

HUI ZHANG; XIAOJIAN YE; GUANG YU
CHENG; JOHN LOWRY; XIAOBAO GREY
WANG a/k/a GREG X. WANG, a/k/a ZHENG
WANG; MUGNO, WANG AND ASSOCIATES PC;
LIUZHOU LIANGMIANZHEN CO., LTD.;
YUAN XIAN WEI; KUN WU; HAI FENG WAN;
JIN SHAN WU; JOHN DOE 1-10;
and XYZ COMPANY 1-10;

                Defendants.
------------------------------------------------------------X

Case No.: 13-CV-5064 (PKC)

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Upon the Declaration of Li Jun An in Support of Order to Show Cause, sworn to the 26th day of July, 2013, and all exhibits annexed thereto, and upon the Memorandum of Law in Support of Order to Show Cause, it is

**ORDERED,** that the above named Defendants show cause before a motion term of this Court, at Room _12C_, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _August 2_, 2013, at _11:15_ o'clock in the _fore_ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Fed. R. Civ. P. 65 enjoining Defendants and their present and former directors, officers, partners, employees, representatives, agents, attorneys, parents, subsidiaries, affiliates, successors, and assigns during the pendency of this action from:

    A.    Accessing, viewing, copying, deleting, modifying or otherwise tampering with the contents of Plaintiff's e-mail account with the e-mail address alex_an@jksucralose.com; and

1

B.  Publishing any statements regarding alleged financial misconduct or criminal activity by Plaintiff relating to JK Sucralose; and it is further

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Fed. R. Civ. P. 65, Defendants and their present and former directors, officers, partners, employees, representatives, agents, attorneys, parents, subsidiaries, affiliates, successors, and assigns are temporarily restrained and enjoined from:

A.  Accessing, viewing, copying, deleting, modifying or otherwise tampering with the contents of ~~Plaintiff's~~ [an] e-mail account with the e-mail address alex_an@jksucralose.com; ~~and~~

~~B. Publishing any statements regarding alleged financial misconduct or criminal activity by Plaintiff relating to JK Sucralose; and it is further~~

[security in the amount of $4,000, will be posted by July 29, 2013, 5pm ~~PKC~~]

**ORDERED** that service of a copy of this order and the supporting declaration (with all exhibits) and memorandum of law upon Defendants or their counsel by e-mail on or before 5:00 o'clock in the after noon, July, 29, 2013, shall be deemed good and sufficient service thereof.

Dated: July 26, 2013
5:33 pm

_____
United States District Judge